JACOB COHEN & SON v. HARTER.

ORDER of Circuit Court reversed upon consent.

Action by Jacob Cohen & Son against W. E. Harter and Julia E. Harter. From order sustaining demurrer, plaintiffs appealed.

*Messrs. Bellinger & Townsend,* for appellants. *Mr. I. L. Tobin,* contra.

April 16, 1903. The opinion of the Court was delivered by

MR. CHIEF JUSTICE POPE. When this action by appeal came on for a hearing in this Court from an order by Judge Klugh as Circuit Judge, sustaining a demurrer to the complaint interposed by the defendant, W. E. Harter, counsel for both appellants and respondents, in writing, agreed that a judgment should be entered by this Court reversing the judgment of the Circuit Court, because the Circuit Judge had been led by the representation of counsel for said appellants and the respondents, that the facts of the complaint alleged that there was no promise by defendant, W. E. Harter, to pay the debt of appellants out of his own funds, to pass the order sustaining the demurrer as to W. E. Harter.

Therefore, it is the judgment of this Court that the order of Judge Klugh sustaining the demurrer be and the same is hereby reversed, and the action be remitted to the Circuit Court for a new trial, and this without costs.

*Messrs. Justices* GARY *and* JONES *concur on the ground that the record shows that there was error.*